# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1966

_____

Robert Lee Angell,                    *
                                      *
          Appellant,                  *   Appeal from the United States
                                      *   District Court for the
     v.                               *   Eastern District of Missouri.
                                      *
John Hancock Life Insurance           *        [UNPUBLISHED]
Company,                              *
                                      *
          Appellee.                   *

_____

Submitted: March 16, 2007
Filed: March 22, 2007

_____

Before RILEY, BOWMAN, and ARNOLD, Circuit Judges.

_____

PER CURIAM.

     Robert Angell appeals the order of the District Court[1] dismissing his ERISA lawsuit as time-barred. After careful review of the record and the parties' briefs, we agree with the District Court that the three-year limitations period set forth in 29

_____

[1]The Honorable Mary Ann Medler, United States Magistrate Judge for the Eastern District of Missouri.

U.S.C. § 1113(2) renders Angell's claims untimely.[2]  For the reasons stated by the District Court, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____

---

[2]Section 1113(2) renders untimely the breach of fiduciary duty claims set forth in counts one and two of Angell's complaint.  The claim for recovery of benefits set forth in count three of Angell's complaint is governed by a different statute of limitation, but Angell does not appeal the dismissal of that claim.